

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

12/27/11

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk, United States District Court
District of Nevada

Re: MDL <u>2302</u>      In Re: <u>A-Power Energy Generation Systems, Ltd., Securities Litigation</u>

     Transfer of your Civil Case No. <u>2:11-01524</u>

     Case Title: <u>C. Walter Ries vs. Jinxiang Lu, et al</u>

Dear Sir/Madam:

     An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge <u>George H. Wu</u> to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel. We have assigned the following case number to this case: <u>CV 11-10695-GW(CWx)</u>. Please include reference to this case number when the case file is sent to this district.

     Please electronically send the case file to ***MDLClerk@cacd.uscourts.gov.*** We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

                             Very truly yours,

                             Clerk, U.S. District Court

                             By <u>Rhonda Marshall</u>
                                 Deputy Clerk

cc:   *All counsel on the attorney service list*
     *Clerk, MDL Panel*



UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: A–POWER ENERGY GENERATION
SYSTEMS, LTD., SECURITIES LITIGATION                      MDL No. 2302

*C V 11- 10695- GW(CWx )*

(SEE ATTACHED SCHEDULE)

*C. WAlter Ries VS. Jinxiang Lu, et al*

## CONDITIONAL TRANSFER ORDER (CTO–1)

On December 15, 2011, the Panel transferred 2 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _____F.Supp.2d (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable George H Wu.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wu.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of December 15, 2011, and, with the consent of that court, assigned to the Honorable George H Wu.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 27, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



I hereby attest and certify on 12-27-11
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1195

**IN RE: A–POWER ENERGY GENERATION
SYSTEMS, LTD., SECURITIES LITIGATION**                    MDL No. 2302

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 11–01524 | Ries v. Lu et al ⸺ CV 11– 10695– GW(CWx) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV11- 10695 GW (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY