1    ROBBINS GELLER RUDMAN                          JS-6
        & DOWD LLP
2    TRAVIS E. DOWNS III (148274)
     BENNY C. GOODMAN III (211302)
3    BRIAN O. O'MARA (229737)
     ERIK W. LUEDEKE (249211)
4    655 West Broadway, Suite 1900
     San Diego, CA  92101
5    Telephone:  619/231-1058
     619/231-7423 (fax)
6    travisd@rgrdlaw.com
     bennyg@rgrdlaw.com
7    bomara@rgrdlaw.com
     eluedeke@rgrdlaw.com
8
     Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13
     C. WALTER RIES, Derivatively on     )   Case No. 2:11-cv-10695-GW
14   Behalf of A-POWER ENERGY            )
     GENERATION SYSTEMS, LTD.,           )   Judge George H. Wu
15                                       )
                      Plaintiff,         )   ORDER OF DISMISSAL WITHOUT
16                                       )   PREJUDICE
          vs.                            )
17                                       )
     JINXIANG LU, et al.,                )
18                                       )
                      Defendants.        )
19                                       )
          – and –                        )
20                                       )
     A-POWER ENERGY GENERATION           )
21   SYSTEMS, LTD., a British Virgin     )
     Islands corporation,                )
22                                       )
                      Nominal Party.     )
23   _____)

24

25

26

27

28

682303_1

1       NOW THEREFORE, pursuant to the parties' Stipulation of Voluntary

2  Dismissal Without Prejudice, IT IS HEREBY ORDERED as follows:

3       1.     The Action shall be dismissed without prejudice; and

4       2.     Each party shall bear its own attorneys' fees, costs and/or expenses.

5       .

6  DATED:  February 3, 2012            _____

7                         THE HONORABLE GEORGE H. WU

                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

682303_1